

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-17-00335-CR

Josiah David **LEWIS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant's newly-retained appellate attorney has filed a motion to strike the appellant's brief filed by appellant's former appointed appellate attorney and requests a sixty-day extension of time to file a new appellant's brief. The motion is GRANTED IN PART. The appellant's brief filed on February 6, 2018 is STRICKEN. The clerk of the court is instructed to remove the "at issue" designation from the court's case management system. The new appellant's brief must be filed no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court